Honorable Court of Criminal Appeals,

My name is Lauren Aycock. I originally filed writs of Habeas Corpus (one for each of 3 charges I am currently incarcerated for) ~~Abel Acosta, Clerk~~ and was denied by your court without written order July 8, 2015. Since filing, new evidence has surfaced pertaining to both cases. The majority of new evidence being the offense reports that were and had been with held from me (proveably so, and their contents containing numerous descrepancies, technicalities, hearsay, no real evidence and lies) in addition to relevant records related directly to investigation into one of the cases and I plan to file new 11.07s with new evidence obviously being ground. I mentioned ineffective counsel previously, but will continuously pursue this as a ground as well as the State Bar did not proceed with my grievance, but had I been properly counseled the entire outcome of both cases would have been significantly different. I am diligently seeking counsel, as my resources in prison are obviously limited. I am writing to inquire the appropriateness of filing new 11.07s as I was going to proceed with a 2254, but have to completely exhaust all state remedy first and since I have new evidence I am assuming I should try one more time before going to the federal level. I do not want to abuse the writ, and any input you can provide is so greatly appreciated. thank you so very much for your time and effort in this matter.

God Bless,

Lauren Aycock

Lauren Aycock #1969847
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville, TX 76596